UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HOWARD COHAN, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.:  25-cv-7292 |
| | ) | |
| SHAKE SHACK ILLINOIS, LLC, | ) | |
| d/b/a SHAKE SHACK 1187- | ) | |
| VERNON HILLS, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
### AND MOTION TO VACATE ALL DEADLINES

Plaintiff, Howard Cohan and Defendant, Shake Shack Illinois, LLC, d/b/a Shake Shack 1187-Vernon Hills , (the "Parties") respectfully notify the Court that they have agreed in principle to settle the above-captioned matter.  Counsel for the Parties are in the process of preparing and finalizing a settlement agreement and ultimately will file a stipulated dismissal with the Court. The Parties intend to file a stipulated dismissal as soon as practicable but respectfully request that they be given 45 days to file said dismissal.  Accordingly, the Parties respectfully request that the Court vacate all deadlines set forth in the August 29, 2025, Minute Entry (ECF # 15).

Respectfully submitted September 26, 2025.

| | |
|---|---|
| SHAKE SHACK ILLINOIS, LLC d/b/a SHAKE SHACK 1187- VERNON HILLS, | HOWARD COHAN |
| | |
| BRIAN M. KRAUSE, PC | LAW OFFICES OF ROBERT M. KAPLAN, P.C. |
| /s/Brian M . Krause | /s/ Robert M. Kaplan |
| Attorney for Defendant | Attorney for Plaintiff |
| 5277 Trillium Blvd. | 1535 W. Schaumburg, Rd, Suite 204 |
| Hoffman Estates, Illinois 60192 | Schaumburg, IL 60194 |
| Telephone: (312) 803-2520 | Telephone: (847) 895-9151 |
| Erica.bury@jacksonlewis.com | rmkap@robertkaplanlaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2026, I filed the foregoing served the foregoing **Joint Notice of Settlement** electronically, via Electronic Case Filing (ECF), which shall send notice to all counsel of record.

By: /s/ Robert M. Kaplan